## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 32679 |
| Beverly M. Moffett, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

TO: Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603, via electronic court notification;

Anna Valencia, City Clerk, 121 N. LaSalle Street, Room 107, Chicago, IL 60602;

Christopher H Purcell, Sherman & Purcell LLP, 120 S LaSalle St, Suite 1460 Chicago, IL 60603, representing AFS Acceptance LLC;

See attached service list.

Please take notice that on February 11, 2019, at 10:00 a.m. I shall appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached motion and you may appear if you so choose.

## PROOF OF SERVICE

The undersigned, an attorney, certifies that he sent this notice and the attached motion on January 18, 2019, to:

The Chapter 13 Trustee listed above via electronic notice; and

To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603.

/s/ *Steve Miljus*____
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-32679<br>Northern District of Illinois<br>Eastern Division<br>Fri Jan 18 10:17:59 CST 2019 | Peritus Portfolio Services II, LLC<br>P.O. Box 141419<br>Irving, TX 75014-1419 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| ACCEPTANCE NOW<br>5501 Headquarters Dr<br>ATTN: Acceptance Now Customer Service<br>Plano, TX 75024-5837 | AFS ACCEPTANCE LLC<br>P.O. Box 189007<br>Plantation, FL 33318-9007 | AFS Acceptance LLC<br>101 NE 3rd Ave<br>Fort Lauderdale FL 33301-1610 |
| AMERICAN PROFIT RECOVE<br>34405 W 12 MILE RD STE 3<br>FARMINGTON HILLS, MI 48331-5608 | AmeriCash Loans, L.L.C.<br>P.O. Box 184<br>Des Plaines, IL 60016-0003 | Americash<br>3200 W. 159th Street<br>Harvey, IL 60428-4056 |
| Brandon S. Lefkowitz<br>24100 Southfield Road<br>Suite 203<br>Southfield, MI 48075-2851 | CAB SERV<br>60 BARNEY DR<br>JOLIET, IL 60435-6402 | CREDIT ONE BANK NA<br>PO BOX 98875<br>LAS VEGAS, NV 89193-8875 |
| Cook County Treasurer<br>118 N. Clark St. Room 112<br>Property Tax<br>Chicago, IL 60602-1332 | FIRST PREMIER BANK<br>PO Box 7999<br>c/o Stephen Dirksen<br>Saint Cloud, MN 56302-7999 | First Premier Bank<br>Jefferson Capital Systems LLC<br>PO Box 7999<br>c/o Kelly Lukason<br>Saint Cloud MN 56302-7999 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | MERRICK BK<br>POB 9201<br>OLD BETHPAGE, NY 11804-9001 |
| MONTEREY FINANCIAL SVC<br>4095 AVENIDA DE LA PLATA<br>OCEANSIDE, CA 92056-5802 | MONTGOMERYWD<br>1112 7th Ave<br>Monroe, WI 53566-1364 | NPRTO Illinois, LLC<br>256 West Data Drive<br>Draper, UT 84020-2315 |
| Peritus Portfolio Services II, LLC/Wollemi<br>P.O. Box 141419<br>Irving, TX 75014-1419 | Principal Finance<br>155 N Upper Wacker Dr # 3850<br>Chicago, IL 60606 | Progressive Leasing<br>256 West Data Drive<br>Draper UT 84020-2315 |
| REGIONAL RECOVERY SERV<br>5250 S HOMAN AVE<br>HAMMOND, IN 46320-1722 | Regional Recovery Services<br>PO Box 3333<br>Munster IN 46321-0333 | SYNCB/JCP<br>PO BOX 965007<br>ORLANDO, FL 32896-5007 |
| Synchrony Bank/JC Penny<br>PO Box 965007<br>Orlando FL 32896-5007 | Village of Markham<br>16313 Kedzie<br>Markham, IL 60428-5690 | Zaplo Loans<br>1000 N West Street<br>1200<br>Wilmington DE 19801-1058 |

| | | |
|---|---|---|
| Beverly M. Moffett<br>2314 W. 157 PL<br>Markham, IL 60426-4129 | Nathan E Delman<br>The Semrad Law Firm, LLC<br>20 South Clark<br>28th Floor<br>Chicago, IL 60603-1811 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AFS Acceptance LLC

End of Label Matrix
Mailable recipients    34
Bypassed recipients     1
Total                  35

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 32679 |
| Beverly M. Moffett, ) | HON. Jacqueline P. Cox |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Beverly M. Moffett, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the confirmed Chapter 13 Plan. Debtor states the following:

1. On October 13, 2016, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On December 5, 2016, this Honorable Court confirmed the Debtor's Chapter 13 Plan of reorganization.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100.00% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $500.00 monthly for 36 months.

5. Debtor was unable to afford both regular expenses and his Plan payment. As a result, a default accrued.

6. Debtor is paying 100% of the allowed claims of Debtor's general unsecured creditors without priority. Debtor can continue making payments moving forward.

7. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan of reorganization.

8. Debtor is in a position to proceed with the instant case.

9. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order modifying the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.

/s/ *Steve Miljus*___
Attorney for Debtor

The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625