Form cxdsch23

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Beverly M. Moffett
2314 W. 157 PL
Markham, IL 60428
SSN: xxx−xx−2224 EIN: N.A.

Case No. : 16−32679
Chapter : 13
Judge : Jacqueline P. Cox

---

## NOTICE OF CHAPTER 12 OR 13 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☑ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☑ Debtor has not certified that all domestic support obligations due have been paid.

FOR THE COURT

Dated: August 4, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court