Form cxdsch23

## UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

In Re:

Beverly M. Moffett
2314 W. 157 PL
Markham, IL 60428
SSN: xxx−xx−2224 EIN: N.A.

Case No. : 16−32679

Chapter : 13
Judge : Jacqueline P. Cox

## NOTICE OF CHAPTER 12 OR 13 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☑ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☑ Debtor has not certified that all domestic support obligations due have been paid.

FOR THE COURT

Dated: August 4, 2023

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                        Case No. 16-32679-JPC

Beverly M. Moffett                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1                        User: admin                                    Page 1 of 3

Date Rcvd: Aug 04, 2023                     Form ID: cxdsch23                               Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beverly M. Moffett, 2314 W. 157 PL, Markham, IL 60426-4129 |
| 24992715 | + | CAB SERV, 60 BARNEY DR, JOLIET, IL 60435-6402 |
| 24992719 | | Principal Finance, 155 N Upper Wacker Dr # 3850, Chicago, IL 60606 |
| 24992709 | + | REGIONAL RECOVERY SERV, 5250 S HOMAN AVE, HAMMOND, IN 46320-1722 |
| 24992717 | + | Village of Markham, 16313 Kedzie, Markham, IL 60428-5900 |
| 25183313 | + | Zaplo Loans, 1000 N West Street, 1200, Wilmington DE 19801-1058 |

TOTAL: 6


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 24992706 | + | Email/Text: bankruptcy@rentacenter.com | Aug 04 2023 22:12:00 | ACCEPTANCE NOW, 5501 Headquarters Dr, ATTN: Acceptance Now Customer Service, Plano, TX 75024-5837 |
| 24992705 | + | Email/Text: bk@afsacceptance.com | Aug 04 2023 22:12:00 | AFS ACCEPTANCE LLC, P.O. Box 189007, Plantation, FL 33318-9007 |
| 25183311 | + | Email/Text: bk@afsacceptance.com | Aug 04 2023 22:12:00 | AFS Acceptance LLC, 101 NE 3rd Ave, Fort Lauderdale FL 33301-1610 |
| 24992712 | + | Email/Text: bky@americanprofit.net | Aug 04 2023 22:11:00 | AMERICAN PROFIT RECOVERY, 34405 W 12 MILE RD STE 3, FARMINGTON HILLS, MI 48331-5608 |
| 25272015 | + | Email/Text: cashnotices@gmail.com | Aug 04 2023 22:12:00 | AmeriCash Loans, L.L.C., P.O. Box 184, Des Plaines, IL 60016-0003 |
| 30352840 | + | Email/Text: cashnotices@gmail.com | Aug 04 2023 22:12:00 | Americash, 2107 Sheridan Rd, Zion, IL 60099-2326 |
| 24992718 | + | Email/Text: cashnotices@gmail.com | Aug 04 2023 22:12:00 | Americash, 3200 W. 159th Street, Harvey, IL 60428-4056 |
| 25272014 | + | Email/Text: opportunitynotices@gmail.com | Aug 04 2023 22:12:00 | Brandon S. Lefkowitz, 24100 Southfield Road, Suite 203, Southfield, MI 48075-2851 |
| 24992710 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2023 22:23:37 | CREDIT ONE BANK NA, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 24992716 | + | Email/Text: lbankruptcy@cookcountytreasurer.com | Aug 04 2023 22:11:00 | Cook County Treasurer, 118 N. Clark St. Room 112, Property Tax, Chicago, IL 60602-1332 |
| 24992708 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2023 22:11:00 | FIRST PREMIER BANK, PO Box 7999, c/o Stephen Dirksen, Saint Cloud, MN 56302-7999 |
| 25183314 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2023 22:11:00 | First Premier Bank, Jefferson Capital Systems LLC, c/o Kelly Lukason, PO Box 7999, Saint Cloud, MN 56302-7999 |
| 25214414 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2023 22:45:30 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

District/off: 0752-1 | User: admin | Page 2 of 3
Date Rcvd: Aug 04, 2023 | Form ID: cxdsch23 | Total Noticed: 29

| | | | | 29603-0587 |
|---|---|---|---|---|
| 25213288 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2023 22:24:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 24992707 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2023 22:24:11 | MERRICK BK, POB 9201, OLD BETHPAGE, NY 11804-9001 |
| 24992711 | + | Email/Text: bankruptcynotification@montereyfinancial.com | Aug 04 2023 22:11:00 | MONTEREY FINANCIAL SVC, 4095 AVENIDA DE LA PLATA, OCEANSIDE, CA 92056-5802 |
| 24992713 | + | Email/Text: bankruptcy@sccompanies.com | Aug 04 2023 22:12:00 | MONTGOMERYWD, 1112 7th Ave, Monroe, WI 53566-1364 |
| 25179789 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 04 2023 22:11:00 | NPRTO Illinois, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 25282569 | | Email/Text: peritus@ebn.phinsolutions.com | Aug 04 2023 22:12:00 | Peritus Portfolio Services II, LLC/Wollemi, P.O. Box 141419, Irving, TX 75014-1419 |
| 25183315 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 04 2023 22:11:00 | Progressive Leasing, 256 West Data Drive, Draper UT 84020-2315 |
| 25320042 | + | Email/Text: david@rrs.agency | Aug 04 2023 22:11:00 | Regional Recovery Services, PO Box 3333, Munster IN 46321-0333 |
| 24992714 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 23:23:13 | SYNCB/JCP, PO BOX 965007, ORLANDO, FL 32896-5007 |
| 25183312 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2023 23:22:49 | Synchrony Bank/JC Penny, PO Box 965007, Orlando FL 32896-5007 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher H Purcell | on behalf of Creditor AFS Acceptance LLC shermlaw13@aol.com |
| Jessica A. Boone | on behalf of Debtor 1 Beverly M. Moffett jboone@semradlaw.com  ilnb.courtview@SLFCourtview.com |
| Michael L Sherman | |

District/off: 0752-1                          User: admin                                    Page 3 of 3

Date Rcvd: Aug 04, 2023                       Form ID: cxdsch23                              Total Noticed: 29

                       on behalf of Creditor AFS Acceptance LLC shermlaw1@aol.com

Patrick Semrad

                       on behalf of Debtor 1 Beverly M. Moffett psemrad@semradlaw.com ilnb.courtview@SLFCourtview.com

Patrick S Layng

                       USTPRegion11.ES.ECF@usdoj.gov

Thomas H. Hooper

                       thomas.h.hooper@chicagoch13.com


TOTAL: 6